**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01414-CV

## IN RE MILO H. SEGNER, JR., AS TRUSTEE OF THE PR LIQUIDATING TRUST, Relator

### Original Proceeding from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-05353

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Jim Jordan, Judge of the 160th Judicial District Court, to **VACATE** his "Order Granting in Part Defendant's Motion to Compel Production of Documents Responsive to Notice of Oral Deposition and Subpoena Duces Tecum of Mitchell Carter" and to **ENTER** an order denying the motion to compel.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover his costs of this original proceeding from real parties in interest.

/s/     MICHAEL J. O'NEILL
        JUSTICE